433 A.2d 136

Commonwealth v. Broadie, Appellant.

Submitted November 14, 1980. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Order of lower court affirmed.

433 A.2d 136

Commonwealth v. Dandar, Appellant.

Submitted November 14, 1980. Ronald Dandar, appellant, in propria persona; Shad Connelly, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Order affirmed.